September 27, 2016



# JUDGMENT

# The Fourteenth Court of Appeals

CHARLIE JONES, JR., Appellant

NO. 14-16-00577-CV                    V.

CHRISTOPHER FUNK, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on June 8, 2016. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Charlie Jones, Jr.

We further order this decision certified below for observance.